April 10, 1972.

M. P. No. 1757. *In re* APPLICATION OF LODGE No. 4, PAW-TUCKET FRATERNAL ORDER OF POLICE FOR APPOINTMENT OF IM-PARTIAL ARBITRATOR. Application of petitioner considered by Chief Justice Roberts and Thomas H. Bride, Jr., appointed as third member and chairman of arbitration board under provisions §28-9.2-8, General Laws, as amended. *Philip S. Rosen,* for petitioner.

April 12, 1972.

M. P. No. 1756. *In re* APPLICATION OF LOCAL 1, INTERNA-TIONAL BROTHERHOOD OF POLICE OFFICERS. Petition considered by Chief Justice Roberts and John J. Hall appointed as third member and chairman of Arbitration Board under provisions of §28-9.2-8, General Laws, as amended. *Breslin, Sweeney, Reilly & McDonald, David F. Sweeney,* for petitioner.

April 13, 1972.

M. P. No. 1560. *In re* ROBERT F. LEWIS. Petition for writ of mandamus denied. *Robert F. Lewis,* petitioner, pro se. *Richard J. Israel,* Attorney General, for respondent.

M. P. No. 1724. GERARD RONDEAU *v.* WEST WARWICK SCHOOL COMMITTEE. Motion for leave to file petition for writ of mandamus denied. *Joseph E. Marran, Jr.,* for petitioner. *John S. Brunero,* Town Solicitor, for respondent.

APPEAL No. 892. EDWARD PELOQUIN *v.* LYMANSVILLE COM-PANY *et al.* Motion of petitioner for a hearing denied. Motion of General Treasurer to dismiss appeal of petitioner granted. *Edward Peloquin,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Alexander G. Teitz,* Special Asst. Attorney General, for respondent.

APPEAL No. 1519. *In re* APPLICATION OF CHARLES R. CAPACE. Redetermination of the Board of Bar Examiners on the application of Charles R. Capace for admission to the bar pursuant